NO. 07-01-0259-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 18, 2001

______________________________

MCALISTER TELEVISION ENTERPRISES, INC. D/B/A KAMC-TV

CHANNEL 28; GREGORY F. MCALISTER, AN INDIVIDUAL;

JAMES CLARK, AN INDIVIDUAL, APPELLANTS

V.

BOBBY FRANK BLUE, APPELLEE

_________________________________

FROM THE 99
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 97-560,705; HONORABLE MACKEY C. HANCOCK, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

In this proceeding, appellants McAlister Television Enterprises, Inc. d/b/a KAMC-TV Channel 28, Gregory F. McAlister, and James Clark appeal from an order denying their motion for summary judgment in a lawsuit brought by appellee Bobby Frank Blue for libel and slander.  A timely notice of appeal was given.  

The parties have now filed a joint motion to dismiss, representing that they have compromised and settled all claims between them.  Because appellants have complied with the requisites of Rule 42.1 of the Texas Rules of Appellate Procedure, we grant the motion to dismiss.  Furthermore, because this is a voluntary dismissal, no motion for rehearing will be entertained and our mandate will issue forthwith.   

John T. Boyd

 Chief Justice

Do not publish.